# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0668
_____

HARBOURAGE MARINA, LLC and
HARBOURAGE YACHT CLUB AT
DOLPHIN BAY, INC.,

Petitioners,

v.

DOLPHIN BAY OWNERS
ASSOCIATION, INC., a Florida
corporation,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 30, 2025

PER CURIAM.

DISMISSED.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Julia Maddalena of Hand Arendall Harrison Sale, LLC, Panama City Beach, for Petitioners.

No appearance for Respondent.